**STATE of Missouri, Respondent,**

v.

**Amanda G. COUSINS, Appellant.**

**No. WD 62172.**

Missouri Court of Appeals,
Western District.

Aug. 10, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 2004.

Donald W. Petty, Liberty, MO, for appellant.

Andrea K. Spillars, Assistant Attorney General, Jefferson City, MO, for respondent.

Before NEWTON, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Amanda Cousins was convicted, after a bench trial, of two counts of the class C felony of forgery, under section 570.090.1(4), RSMo 2000, one count of the class C felony of possession of a forging instrumentality, under section 570.100, RSMo 2000, and one count of the class D felony of possession of ephedrine with intent to manufacture methamphetamine or its analogs, under section 195.246, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. **Rule 30.25(b).**